UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. '08 MJ 0705 |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Mario GARCIA-Rivera,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **March 5, 2008** within the Southern District of California, defendant, **Mario GARCIA-Rivera,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6TH** DAY OF **MARCH, 2008.**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Mario GARCIA-Rivera**

## PROBABLE CAUSE STATEMENT

On March 4, 2008 Border Patrol Agent D. Bowden was performing linewatch operations in the Imperial Beach Border Patrol Station's area of operations. At approximately 10:10 A.M., Agent Bowden was advised by Border Patrol Dispatch of a seismic intrusion device activation. Agent Bowden responded to the location and encountered an individual walking in an area known as "Stewart's Bridge." This area is approximately two miles west of the San Ysidro Port of Entry and 30 yards north of the United States / Mexico international boundary.

Agent Bowden approached the individual, and identified himself as a United States Border Patrol Agent and proceeded to conduct an immigration inspection. The individual, who was later identified as the defendant **Mario GARCIA-Rivera**, admitted to being a citizen and national of Mexico illegally present in the United States not in possession of the proper immigration documents that would allow him to enter into or remain in the United States legally. Agent Bowden placed the defendant under arrest and transported him to Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 14, 2007** through **San Ysidro, California** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.